# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATASHA SULTAN, | : | |
|     Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AIG CASUALTY INSURANCE, | : | No. 20-935 |
|     Defendant. | : | |

## ORDER

AND NOW, this **10th** day of **August 2020**, upon consideration of Motion to Remand of Plaintiff, Natasha Sultan, As Defendant, AIG Advantage Insurance Company's Removal Was Untimely, and Defendant's response thereto, and for the reasons stated in this Court's Memorandum dated August 10, 2020, it is **ORDERED** that the Motion (Document No. 6) is **DENIED**.

BY THE COURT:

/s/ Berle M. Schiller

**Berle M. Schiller, J.**